# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Mitchell v. Superior Court of Pennsylvania, et al</u> : : : | Civil Action No. 1:14-CV-0036 |
| Inmate: | Jonathan R. Mitchell, III      : : | (Chief Judge Conner) |
| ID No. | HB-3072                        : | |

## ORDER

On January 10, 2014, a habeas corpus petition was filed by the petitioner without submitting a filing fee or a motion to proceed <u>in forma pauperis</u>. By Administrative Order dated January 13, 2014, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed <u>in forma pauperis</u>. More than thirty (30) days have elapsed and the Petitioner has neither made any additional submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania

Dated:    February 24, 2014